## ANNE C. BEERS *v.* WESTPORT BANK AND TRUST COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 50 Conn. App. 671 (AC 17097), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Peter J. Ottomano*, in support of the petition.

*Charles W. Fleischmann*, in opposition.

Decided November 18, 1998

## MICHAEL E. NAZARKO ET AL. *v.* CONSERVATION COMMISSION OF THE TOWN OF EAST LYME ET AL.

The petition of the defendant Niantic Sportsmen's Club, Inc., for certification for appeal from the Appellate Court, 50 Conn. App. 548 (AC 17164), is denied.

*Theodore A. Harris*, in support of the petition.

*David F. Sherwood*, in opposition.

Decided November 18 1998

## MICHAEL E. NAZARKO ET AL. *v.* CONSERVATION COMMISSION OF THE TOWN OF EAST LYME ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 548 (AC 17164), is denied.